JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 12-10751 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Gilbert A. Garcia, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Gilbert A. Garcia, in the principal amount of $2,998.87 plus interest accrued to December 12, 2012, in the sum of $5,280.42; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $45.65, for a total amount of $<u>8,324.94</u>.

DATED: <u>January 15, 2013</u>          By: <u>/s/ Jenny Lam</u>
                                              Clerk of the Court

                                         _____
                                              Deputy Clerk
                                         United States District Court