JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>Gilbert A. Garcia,<br><br>    Defendant | No. CV A 12-10751<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Gilbert A. Garcia, in the principal amount of $2,998.87 plus interest accrued to December 12, 2012, in the sum of $5,280.42; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $45.65, for a total amount of $**8,324.94**.

DATED: January 15, 2013        By: /s/ Jenny Lam
                                   Clerk of the Court

                                   _____
                                   Deputy Clerk
                                   United States District Court

Page 5